UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WEAVER COOKE CONSTRUCTION, LLC, | ) ) | |
| Appellant | ) ) | |
| vs. | ) ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 5:17-CV-546-BR** |
| NEW BERN RIVERFRONT DEVELOPMENT, LLC and STOCK BUILDING SUPPLY, LLC, | ) ) ) ) | |
| Appellees. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Weaver Cooke's appeal is DISMISSED, and its motion for leave to appeal is DENIED. The Clerk is DIRECTED to close the case.

This Judgment filed and entered on March 9, 2018, and copies to:
C. Hamilton Jarrett, III (via CM/ECF electronic notification)
Kelli E. Goss (via CM/ECF electronic notification)
Joseph P. Gram (via CM/ECF electronic notification)
Luke J. Farley (via CM/ECF electronic notification)
A. Todd Brown (via CM/ECF electronic notification)
Ryan George Rich (via CM/ECF electronic notification)
Daniel K. Bryson (via CM/ECF electronic notification)
Jeremy Richard Williams (via CM/ECF electronic notification)
Matthew E. Lee (via CM/ECF electronic notification)
Scott C. Harris (via CM/ECF electronic notification)

March 9, 2018                                  Peter A. Moore, Jr.
                                               Clerk of Court

                                        By: _Susan Edwards_
                                               Deputy Clerk